No. 11–0467/AR. U.S. v. Arthur R. Young Jr. CCA 20090092. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, and Appellant's motion to file a supplemental supplement to the petition for grant of review, it is ordered that said motion to file a supplemental supplement to the petition for grant of review is hereby granted, and that said petition is hereby granted on the following issue specified by the Court:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES.*

No briefs will be filed under Rule 25.

No. 11–0525/AF. U.S. v. Michael P. Grafmuller. CCA 37524. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES.*

No briefs will be filed under Rule 25.

No. 11–6007/AR. U.S. v. Demetrice K. Baker. CCA 20100841. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, and Appellant's motion for a stay of the proceedings, it is ordered that said motion for a stay of the proceedings is hereby granted, and that said petition is hereby granted on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED (1) IN FINDING THAT THE MILITARY JUDGE'S SUPPRESSION OF THE IDENTIFICATION EVIDENCE WAS AN ABUSE OF DISCRETION, AND (2) IN HOLDING THAT THE PRETRIAL IDENTIFICATION PROCEDURES WERE RELIABLE UNDER THE CIRCUMSTANCES WHERE THE ARMY COURT MADE IMPERMISSIBLE FINDINGS OF FACT UNDER ARTICLE 62 AND RELIED ON SUCH FINDINGS IN OVERRULING THE MILITARY JUDGE.